UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT SCARPETTA,

                Plaintiff,

vs.

                            Case No: 8:16 cv 2180 T35 TGW

BANK OF AMERICA CORPORATION,

                Defendant.

_____/

## COMPLAINT

**COMES NOW** the Plaintiff, ROBERT SCARPETTA, by and through his undersigned counsel, and files this Complaint for age discrimination against BANK OF AMERICA CORPORATION, and in support thereof alleges as follows:

## PARTIES

1. Plaintiff, ROBERT SCARPETTA, who is at least 40 years old, is a citizen of the United States and a resident of the State of Florida. At all times relevant to this suit until his resignation on December 14, 2015, he was employed with BANK OF AMERICA CORP. at their offices located at 4909 Savarese Circle, Tampa, Florida 33634.

2. Defendant, BANK OF AMERICA CORP., has a principal place of business located at 4909 Savarese Circle, Tampa, Florida 33634.

## JURISDICTION

3. This court has jurisdiction over the subject matter of this civil action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000E-16, and the Age, Discrimination and Employment Act, 29 U.S.C § 621, et. seq. (ADEA)

## VENUE

4.     The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Middle District of Florida, Tampa Division.

## STATEMENT OF THE FACTS

5.     On June 29, 2015, Plaintiff, ROBERT SCARPETTA, began the required training for employment with BANK OF AMERICA CORP.

6.     On September 21, 2015, Plaintiff, ROBERT SCARPETTA, was assigned to report directly to Oscar Alvarez, an agent of the Defendant.

7.     Mr. Alvarez was ROBERT SCARPETTA's team lead and direct supervisor.

8.     Shortly before joining the team and throughout his employment, Mr. Alvarez began making discriminatory comments about ROBERT SCARPETTA's age.

9.     Mr. Alvarez used demeaning and accusatory tones towards ROBERT SCARPETTA regarding his age and created a hostile work environment.

10.     On November 5, 2015, Richard Fetherstine, a branch vice-president and agent of the Defendant, used his company email to repeat comments made by Mr. Alvarez about the "Wells Fargo wagon" and included a graphic image of the Wells Fargo stagecoach. This was a demeaning joke targeting ROBERT SCARPETTA and his age.

11.     On December 14, 2015, ROBERT SCARPETTA resigned from his position with BANK OF AMERICA CORP. because he was unable to continue in this hostile work environment after continuous age-related comments and discrimination from Mr. Alvarez.

12.     Throughout his employment with BANK OF AMERICA CORP., ROBERT SCARPETTA's position and work were questioned based off his age, and it was clear that there was going to be no room for advancement.

## COUNT 1
### (AGE DICRIMINATION)

13.     The foregoing paragraphs 1 through 12 are realleged and incorporated by reference herein.

14.     The Defendant's conduct as alleged above constitutes discrimination based on age in violation of ADEA.

15.     Defendant, through its agents and employees, discriminated against ROBERT SCARPETTA based solely on his age.

16.     The comments and harassment created a hostile work environment.

17.     It was clear to ROBERT SCARPETTA that there was no room for advancement based on his age.

18.     Plaintiff, ROBERT SCARPETTA, suffered financial loss, moving expenses, financial hardship, and emotional distress as a result of defendant's actions.

19.     The unlawful employment practices complained of above were intentionally done with malice and/or reckless indifference to the federally protected rights of ROBERT SCARPETTA.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, ROBERT SCARPETTA, respectfully requests that this Court:

a. Order BANK OF AMERICA CORP. to institute and carry out policies, practices, and programs that provide an equal opportunity for qualified individuals no matter what age that eradicate the effects of its past and present unlawful employment practices;

b. Order BANK OF AMERICA CORP. to make whole ROBERT SCARPETTA by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices complained of above in amounts to be determined at trial;

c. Order BANK OF AMERICA CORP. to make whole ROBERT SCARPETTA by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices complained of above in amounts to be determined at trial;

d. Order BANK OF AMERICA CORP. to pay ROBERT SCARPETTA punitive damages for its malicious and reckless conduct as described above, in amounts to be determined at trial;

e. Grant such other further relief as the Court deems necessary and proper in the public interests; and

f. Award Plaintiff attorney's fees and costs in this action.

## COUNT TWO
### (HOSTILE AND ABUSIVE WORKING ENVIRONMENT)

20. The foregoing paragraphs 1 through 12 are realleged and incorporated by reference herein.

21. The Defendant's conduct as alleged above constitutes discrimination based on age in violation of ADEA.

22. Defendant, through its agents and employees, discriminated against ROBERT SCARPETTA based solely on his age.

23.     The comments and harassment created a hostile work environment.

24.     The Defendant's conduct as alleged above constitutes a hostile and abusive working environment in violation of Title VII, and the ADEA.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, ROBERT SCARPETTA, respectfully requests that this Court:

a.  Order BANK OF AMERICA CORP. to institute and carry out policies, practices, and programs that provide an equal opportunity for qualified individuals no matter what age that eradicate the effects of its past and present unlawful employment practices;

b.  Order BANK OF AMERICA CORP. to make whole ROBERT SCARPETTA by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices complained of above in amounts to be determined at trial;

c.  Order BANK OF AMERICA CORP. to make whole ROBERT SCARPETTA by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices complained of above in amounts to be determined at trial;

d.  Order BANK OF AMERICA CORP. to pay ROBERT SCARPETTA punitive damages for its malicious and reckless conduct as described above, in amounts to be determined at trial;

e.  Grant such other further relief as the Court deems necessary and proper in the public interests; and

f.  Award Plaintiff attorney's fees and costs in this action.

## JURY TRIAL DEMAND

Plaintiff, ROBERT SCARPETTA, requests a jury trial on all questions of fact raised by this complaint.

Dated: _7-22-16_

**TRAGOS, SARTES & TRAGOS, PLLC**

_/s/ Peter L. Tragos, Esq._____
Peter L. Tragos, Esquire
601 Cleveland Street, Ste. 800
Clearwater, Florida 33755
Ph:  (727) 441-9030
Fax: (727) 441-9254
FL Bar. No.: 106744
Primary:  petertragos@greeklaw.com
Secondary:  laura@greeklaw.com
Attorneys for Plaintiff